ANACAPA LAW GROUP, INC.
Jesse C. Swanhuyser (State Bar No. 282186)
  jswanhuyser@anacapalawgroup.com
508 East Haley Street
Santa Barbara, CA 93103
Tel: (805) 689-1469

Attorney for Plaintiff
COMMITTEES FOR LAND, AIR, WATER AND SPECIES

ALESHIRE & WYNDER, LLP
Joseph W. Pannone (State Bar No. 94239)
  jpannone@awattorneys.com
Stephen R. Onstot (State Bar No. 139319)
  sonstot@awattorneys.com
Christine M. Carson (State Bar No. 188603)
  ccarson@awattorneys.com
2361 Rosecrans Ave., Suite 475
El Segundo, California 90245
Tel: (310) 527-6660
Fax: (310) 532-7395

Attorneys for Defendant
CITY OF LOMPOC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEES FOR LAND, AIR, WATER AND SPECIES, a California public benefit corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF LOMPOC, a California Municipal Corporation,<br><br>       Defendant. | Case No.: 2:17-cv-04902-PLA<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE: ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Magistrate Judge: Paul L. Abrams |

WHEREAS, the Court has reviewed the Joint Notice of Settlement and Request to Set OSC Re: [Proposed] Consent Decree submitted by the Parties;

WHEREAS, the settlement is contingent upon: (i) the expiration of the federal regulatory agencies' 45-day review period of the [Proposed] Consent Decree as required by the federal Clean Water Act, 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5; and (ii) entry of the [Proposed] Consent Decree by the Court;

WHEREAS, no order disposing of this action may be entered prior to the expiration of the federal regulatory agencies' 45-day review period; and

WHEREAS, the regulatory agencies' review period will end on April 16, 2018.

NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.     An Order to Show Cause re: Entry of the [Proposed] Consent Decree is set for  April 18 , 2018 at  10:00 p.m. XXX a.m.

2.     All other deadlines in this action are vacated.

IT IS SO ORDERED.

Date:  March 13 , 2018     _____
                                                    Hon. Paul L. Abrams
                                                    United States Magistrate Judge